## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MARKETTA FAVORS,

    Plaintiff,

vs.                                          CASE NO. 6:06-CV-1524-ORL-19KRS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

### ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 13, filed February 1, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 13) is **ADOPTED and AFFIRMED.** The Unopposed Motion for Entry of Judgment with Remand (Doc. No. 12, filed January 24, 2007) is **GRANTED**, and this case is hereby **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. §405(g). The Clerk of Court shall **ADMINISTRATIVELY CLOSE** this file pending resolution of the proceedings on remand.

**DONE AND ORDERED** at Orlando, Florida, this ___26th___ day of February, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record